KELLY W. DAVIS v. SAMPSON B. GLENN and others.

*Bond -- Evidence -- Confederate Currency.*

On the trial of an action brought upon a bond dated August 19th, 1864, and payable six months after date and expressed "to be paid in current funds when called for," it is not competent to prove that there was an agreement at the time the bond was executed that it was not to be paid in Confederate money.

CIVIL ACTION, to recover the Value of a Note, tried at December Term, 1876, of GUILFORD Superior Court, before *Kerr, J.*

(For the facts in this case, see same case, reported in 72. N. C. 519.)

*Messrs. Scott & Caldwell,* for plaintiff.
*Messrs. J. A. Gilmer* and *Mendenhall & Staples,* for defendants.

READE, J. The words of the bond are that it is "to be paid in current funds when called for;" dated 19th August, 1864, and due six months after date.

When this case was before us heretofore (72 N. C. 519) we held that it was payable in Confederate Treasury notes and subject to the scale as of its date.

Upon the last trial the plaintiff offered to show that it was expressly agreed at the time the bond was given that it was not to be paid in Confederate money. That would make no difference because it would contradict the express words of the bond.

His Honor correctly instructed the jury according to the decision *supra,* that current funds meant Confederate money.
No error.

PER CURIAM.                                    Judgment affirmed.